

FILED

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0059

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0059

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RICHARD L. RUTLEDGE,

    Defendant and Appellant.

FILED

SEP 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 30, 2023, to prepare, file, and serve the Appellant's opening brief.